```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

DOGFISH HEAD COMPANIES LLC,

        Defendant.

21 Civ. 9695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management plan in this case outlines a schedule for class certification briefing. ECF No. 16 ¶ 13. This schedule is struck. In advance of any motion for class certification, the parties are directed to comply with Section III of the Court's Individual Practices in Civil Cases, including filing pre-motion letters, as appropriate.

    SO ORDERED.

Dated: February 25, 2022
       New York, New York

                              ANALISA TORRES
                            United States District Judge