UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

DOGFISH HEAD COMPANIES LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/22/2022
```

21 Civ. 9695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 1, 2022, Defendant filed a pre-motion letter, however, there was a filing error. ECF No. 19. Later that same day, Plaintiff filed an amended complaint. ECF No. 22. On March 3, 2022, Defendant re-filed that same pre-motion letter. ECF No. 23. The pre-motion letter refers to the complaint rather than the amended complaint and notes that "[t]o date, Plaintiff has not filed an amended complaint." *Id.* at 1. On March 21, 2022, Plaintiff filed a late opposition to the pre-motion letter. ECF No. 24. By **March 25, 2022**, Defendant shall notify the Court if it wishes the Court to disregard its pre-motion letter as moot, given the filing of the amended complaint.

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge