UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

DOGFISH HEAD COMPANIES LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2022__

21 Civ. 9695 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters. ECF Nos. 24, 26. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **May 6, 2022**, Defendant shall file its motion to dismiss;
3. By **May 27, 2022**, Plaintiff shall file opposition papers; and
4. By **June 10, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge